UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALUM FUND, LLC and AFLX, LLC, a Florida limited liability company,

    Plaintiffs,

v.

Case No.:  2:24-cv-184-JLB-KCD

GREATER NEVADA CREDIT UNION, GREATER NEVADA COMMERCIAL LENDING, LLC, SUGAR TOWN, LLC, ATIO USA, LLC, LUCIO MEDOLAGO ALBANI, and AEGIS VENTURE FUND, LLC,

    Defendants.
_____/

## ORDER

The Court has entered an order remanding this foreclosure action to state court. (Doc. 47.) The Court thus **DENIES AS MOOT** Defendant Greater Nevada Commercial Lending, LLC's Motion to Dismiss (Doc. 20) and Defendant Aegis Venture Fund, LLC's Motion to Dismiss or Alternatively Remand (Doc. 31). The parties can re-file these motions should the case remain in this Court following resolution of any objections to the remand order.

2

**ENTERED** in Fort Myers, Florida on June 12, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record